IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02523-BNB

RONALD L. TRUJILLO (CJC #00197777) (DOC #64666),

    Plaintiff,

v.

MISS CAMBELL (Deputy Sheriff) (# Unknown),
MR. CHRISTION (Deputy Sheriff) (#08034),
C/O (SHERIFF) TERRY MAKETA (El Paso County Jail) (C.J.C.),
C/O (SHERIFF) TERRY MAKETA (El Paso County Jail) (Medical), and
MISS KINNER (Deputy Sheriff) (# Unknown),

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 19 2010

GREGORY C. LANGHAM
CLERK

---

ORDER TO FILE A MOTION AND AFFIDAVIT FOR LEAVE TO PROCEED
PURSUANT TO 28 U.S.C. § 1915

---

On October 27, 2009, the Court directed the Clerk of the Court to commence a civil action, and directed Plaintiff to cure certain deficiencies. Specifically, Mr. Trujillo was directed to submit a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, together with a certified copy of his inmate trust fund statement, or to pay the $350.00 filing fee. Mr. Trujillo was also directed to file a Prisoner Complaint.

On September 10, 2009, Mr. Trujillo filed a Prisoner Complaint in addition to a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. On December 4, 2009, the Court granted Mr. Trujillo leave to proceed pursuant to 28 U.S.C. § 1915 and ordered him to pay an initial partial filing fee of $12.00. On December 11, 2009, Mr. Trujillo filed a Notice of Change of Address with the Court,

notifying the Court that he was no longer incarcerated at the El Paso County Jail.

Therefore, because Mr. Trujillo is no longer incarcerated, and no longer has an inmate trust fund account, Mr. Trujillo must file a properly notarized Motion and Affidavit For Leave to Proceed Pursuant to 28 U.S.C. § 1915, on the form used by non-prisoners. Accordingly, it is

ORDERED that Plaintiff shall have **thirty days from the date of this Order** to file a properly notarized Motion and Affidavit For Leave to Proceed Pursuant to 28 U.S.C. § 1915. It is

FURTHER ORDERED that the Clerk of the Court mail to Mr. Trujillo, together with a copy of this order, two copies of the following form: Motion and Affidavit For Leave to Proceed Pursuant to 28 U.S.C. § 1915.

DATED January 19, 2010, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-02523-BNB

Ronald L. Trujillo
2521 Camelot Court
Colorado Springs, CO 80904

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915** to the above-named individuals on 1/19/10

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk