FILED
UNITED STATES DISTRICT COURT
COLORADO

JUL 9 - 2010

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 09-cv-02523-REB-MEH

RONALD L. TRUJILLO,

    Plaintiff,

v.

MISS CAMBELL (Deputy Sheriff),
MR. CHRISTINA (Deputy Sheriff),
MR. CAMBELL (Deputy Sheriff), and
SGT. MISS KINNER (Deputy Sheriff),

    Defendants.

---

## ORDER REQUIRING SERVICE BY UNITED STATES MARSHAL

**Blackburn, J.**

This matter is before the court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The court has granted the plaintiff leave to proceed *in forma pauperis*.

**THEREFORE, IT IS ORDERED** as follows:

1. That if appropriate, the Clerk shall attempt to obtain a waiver of service from each of the defendants;

2. That if the Clerk is unable to do so, then the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders on each of the defendants; provided, furthermore, that if appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d);

3. That all costs of service shall be advanced by the United States; and

4. That after service of process, any defendant or counsel for any defendant having been served shall respond to the complaint as provided in the Federal Rules of Civil Procedure.

Dated July 7, 2010, at Denver, Colorado.

BY THE COURT:

/s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-02523-REB-MEH

Ronald L. Trujillo
Doc No. 64666
Fremont Corr. Facility
P.O. Box 999
Canon City, CO 81215

US Marshal Service
Service Clerk
Service forms for: Miss Cambel, Mr. Christina, Mr. Cambel and Sgt. Miss Kinner

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following service forms to the United States Marshal Service for process of service on Miss Cambel, Mr. Christina, Mr. Cambel and Sgt. Miss Kinner: AMENDED COMPLAINT FILED 06/24/10, ORDER TO DISMISS IN PART FILED 07/02/10, SUMMONS, AND NOTICE OF AVAILABILITY OF A U.S. MAGISTRATE JUDGE CONSENT FORM on 7/9/10.

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk