**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-02523-REB-MEH

RONALD L. TRUJILLO,

      Plaintiff,

v.

MISS CAMBELL (Deputy Sheriff),
MR. CHRISTINA (Deputy Sheriff),
MR. CAMBELL (Deputy Sheriff), and
SGT. MISS KINNER (Deputy Sheriff),

      Defendants.

---

### MINUTE ORDER[1]

---

      The matter is before the court on defendants' **Motion To Vacate Trial To a Jury Set For May 23, 2011** [#66][2] filed May 19, 2011.  After reviewing the motion and the file, the court has concluded that the motion should be granted and that the jury trial set to commence May 23, 2011, should be vacated pending further recommendation of the court.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the defendants' **Motion To Vacate Trial To a Jury Set For May 23, 2011** [#66] filed May 19, 2011, is **GRANTED**; and

      2.  That the jury trial set to commence May 23, 2011, is **VACATED** pending further recommendation of the court.

      Dated: May 19, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#66]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.